ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

**FILED**

**Apr 06, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE
APPLICATION OF THE UNITED
STATES OF AMERICA FOR A SEARCH
WARRANT CONCERNING:

**15855 McElory Road, Meadow Vista,
California**

)
)
)
)
)
)
)
)
)
)
)
)

2:24-SW-0732-DB

**ORDER RE: REQUEST TO
UNSEAL SEARCH
WARRANT AND SEARCH
WARRANT AFFIDAVIT**

Upon application of the United States of America and good cause having been

shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is,

hereby ordered unsealed.

DATED: April 6, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE